IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

WILLIAM M. SIPP,

    Plaintiff,

vs.

CIVIL ACTION NO. 96-N-0125-S

WARDEN ROY HIGHTOWER,
OFFICER GRANTT CULLIVER,
OFFICER FREDERICK FREEMAN,
OFFICER JAMES A. BEACHEM,
OFFICER CHARLES M. KEENE,
OFFICER K. D. CLARK,
OFFICER McARTHUR BROWN, and
CLASSIFICATION SUPERVISOR
ROMA ROBINSON,

    Defendants.



ENTERED
JAN 14 1997

## MEMORANDUM OF OPINION

    The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the recommendation of the Magistrate Judge as the findings and conclusions of the court. In accord with the recommendation, the defendants' motion for summary judgment is due to be granted and this complaint is due to be dismissed. An appropriate order will be entered.

    DONE, this 14th day of January, 1997.

                                   EDWIN L. NELSON,
                                   UNITED STATES DISTRICT JUDGE

19